**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01000-CV

**RUSSELL D. ABEREGG, Appellant**

**V.**

**MONICA CESCHAN, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-00023**

## ORDER

Before the Court is appellant's August 1, 2013 motion for clarification of this Court's order dated July 2, 2013. Appellant believes this Court ordered him to file an amended brief by August 1, 2013. He now seeks a thirty day extension of time to file a brief.

Appellant filed a brief on May 20, 2013. On May 23, 2013, this Court sent appellant a defective brief notice and instructed him to file an amended brief correcting the deficiencies within ten days. Appellant did not file an amended brief as instructed. On July 2, 2013, we ordered that the appeal would be submitted on the brief appellant initially filed and ordered it filed as of the date of the order. This Court then stated that *appellee's* brief was due within thirty days. Accordingly, we **DENY** appellant's motion to the extent that he requests an extension of time to file a brief.

/s/      DAVID LEWIS
            JUSTICE